IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN ADAM GLEASON,

    Plaintiff,

  v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

          /

No. C-12-4742 MMC

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL**

On November 6, 2012, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit forthwith a chambers copy of the Notice of Removal filed September 11, 2012.

**IT IS SO ORDERED.**

Dated: November 20, 2012

_____
MAXINE M. CHESNEY
United States District Judge