IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN ADAM GLEASON, | No. C-12-4742 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

By order filed November 28, 2012, the Court dismissed plaintiff's complaint, for failure to state a claim, and afforded plaintiff leave to file, no later than December 14, 2012, an amended complaint. Plaintiff has not filed a amended complaint.

Accordingly, for the reasons stated in the Court's order of November 28, 2012, the instant action is hereby DISMISSED, without further leave to amend.

**IT IS SO ORDERED.**

Dated: December 21, 2012

MAXINE M. CHESNEY
United States District Judge