IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN ADAM GLEASON,

        Plaintiff,

  v.

OCWEN LOAN SERVICING, LLC,

        Defendant.
                                      /

No. CV- 12-4742 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    The instant action is hereby DISMISSED, without further leave to amend.

Dated: December 21, 2012                               Richard W. Wieking, Clerk

                                                                                  By: Tracy Lucero
                                                                                  Deputy Clerk